UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONIFACIO CARLOS-TOFOLLA,<br><br>Petitioner,<br><br>v.<br><br>DAVID BREWER,<br><br>Respondent. | No. 2:22-cv-01742-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HABEAS PETITION<br><br>(Doc. No. 6) |

Petitioner Bonifacio Carlos-Tofolla is a federal prisoner proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2024, the assigned magistrate judge ordered petitioner to submit an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee within thirty days of the entry of that order. (Doc. No. 5 at 1.) Petitioner was cautioned that failure to comply with that order would result in a recommendation that this action be dismissed. (*Id.*) To date, petitioner has not filed either an affidavit in support of his request to proceed *in forma pauperis* or the requisite filing fee.

On June 7, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to petitioner's failure to comply with the court's order. (Doc. No. 6.) The findings and recommendations were served

upon petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 1.) To date, petitioner has not filed any objections and the time in which to do has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 7, 2024 (Doc. No. 6) are adopted in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed, without prejudice;[1]
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 6, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Because petitioner is a federal prisoner bringing a § 2241 petition, a certificate of appealability is not required. *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) ("The plain language of [28 U.S.C.] § 2253(c)(1) does not require a petitioner to obtain a COA in order to appeal the denial of a § 2241 petition.").

2